**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MarkowitzHerbold.com
**Paul Bierly, OSB #950548**
PaulBierly@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY; AMERICAN FIRE and CASUALTY COMPANY; AMERICAN STATES INSURANCE COMPANY; and THE OHIO CASUALTY INSURANCE COMPANY,  Plaintiffs,  v.  WEST LINN FAMILY HEALTH CENTER, PC,  Defendant. | Case No. 3:22-cv-00019-JR  **JOINT STATUS REPORT** |

   Pursuant to the Court's October 14, 2025 Order (Dkt. 81), the parties submit this Joint Status Report.

   1.   Plaintiffs filed a Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(C) on April 18, 2022. (Dkt. 22.) On July 18, 2022, Magistrate Judge Russo issued Findings and Recommendations granting in part and denying in part Plaintiffs' motion (Dkt. 36) and, on January 27, 2023, the Court issued its Order Adopting Findings & Recommendations in Part (Dkt. 43) (collectively, the "Orders").

**Page 1 –   JOINT STATUS REPORT**

2.  On February 17, 2023, Plaintiffs filed "Plaintiffs' Motion to Certify for Immediate Appeal the Order Adopting Findings & Recommendation in Part on Plaintiffs' Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c)" (the "Motion to Certify").  (Dkt. 45.)  Defendants filed a response to the Motion to Certify on March 3, 2023 (Dkt. 50), and Plaintiffs filed a reply on March 17, 2023 (Dkt. 51).  On February 24, 2023, the parties also filed a stipulated motion to stay the case pending resolution of the indemnity issues in the underlying lawsuit.  (Dkt. 48.)

3.  On April 11, 2023, the Court denied Plaintiffs' Motion to Certify.  (Dkt. 52.)  The Court granted the parties' motion to stay on April 17, 2023, ordering that this matter be stayed "for all purposes pending a state court resolution of the underlying indemnity issues[.]"  (Dkt. 53.)  The Court directed the parties to file a joint status report every ninety days.  (*Id*.)  The parties filed joint status reports on July 17, 2023 (Dkt. 55), October 16, 2023 (Dkt. 57), January 16, 2024 (Dkt. 59), April 15, 2024 (Dkt. 63), July 15, 2024 (Dkt. 66), October 15, 2024 (Dkt. 68), January 13, 2025 (Dkt. 72), April 14, 2025 (Dkt. 74), July 14, 2025 (Dkt. 77), and October 14, 2025 (Dkt. 80).  The Court ordered the parties to file a subsequent report by January 12, 2026.  (Dkt. 81.)

4.  Defendant, West Linn Family Health Center, P.C., reached a settlement in principle with the significant majority of the plaintiffs to the underlying state court action.  The foregoing settlement in principle resulted in a settlement in principle with respect to the dispute between the parties.  The parties are working to finalize that resolution and will provide the Court with a further update at the earlier of 90 days or when such an agreement is finalized.

DATED this 12th day of January, 2026.

                        MARKOWITZ HERBOLD PC

                        By:  *s/ Erin N. Dawson*
                              Kerry J. Shepherd, OSB #944343
                              KerryShepherd@MarkowitzHerbold.com
                              Paul Bierly, OSB #950548
                              PaulBierly@MarkowitzHerbold.com
                              Erin N. Dawson, OSB #116334
                              ErinDawson@MarkowitzHerbold.com

*Attorneys for Defendant*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

*s/ Nancy D. Adams*
Nancy D. Adams, *pro hac vice*
nadams@mintz.com
Alec Zadek, *pro hac vice*
azadek@mintz.com

COSGRAVE VERGEER KESTER LLP
Chester D. Hill, OSB #164002
chill@cosgravelaw.com
*Attorneys for Plaintiffs*

PATERNOSTER FARNELL & GREIN, LLP

*s/ Michael E. Farnell*
Michael E. Farnell, OSB #922996
mfarnell@pfglaw.com
B. Parker Jones, OSB #191163
pjones@pfglaw.com
*Attorneys for Intervenor Defendants/Underlying Coe Plaintiffs*

D'AMORE LAW GROUP, PC

Thomas D'Amore, OSB #922735
tom@damorelaw.com
Amy Bruning, OSB #175811
amy@damorelaw.com
*Attorneys for Intervenor Defendants/Underlying Coe Plaintiffs*

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Date: January 12, 2026.

*s/ Erin N. Dawson*
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com

2400692

**Page 3 –    JOINT STATUS REPORT**