IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMERICAN ECONOMY INSURANCE COMPANY, et al.,

Plaintiff(s),

v.

WEST LINN FAMILY HEALTH CENTER, PC,

Defendant(s).

Civil No. 3:22-cv-00019-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulation of Dismissal [91],

IT IS ORDERED that the Stay of this case is Lifted and this action, including all claims and counterclaims asserted or that could have been asserted herein, is DISMISSED with prejudice and with each party to bear its own costs, disbursements, and attorney fees. Pending motions, if any, are DENIED AS MOOT.

Dated this 15th day of September, 2026.

by /s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge